UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                Case No.: 1:04-cr-217

JOSEPH FRANKLIN TYSON,                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 97). The Report and Recommendation was duly served on the parties and shall be adopted immediately, subject to change should any timely objections be filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that defendant's conditions of supervision are modified as follows:

**The defendant shall reside for a period of thirty (30) days at the Kalamazoo Probation Enhancement Program (KPEP) located in Benton Harbor, Michigan, as arranged by the probation officer, with immediate work related privileges and shall observe the rules of that facility.**

Dated: September 16, 2011                      /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge